The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Roland Baldwin
   v. Commonwealth of Virginia
   Record No. 0740-17-4
   Opinion rendered by Judge Petty on
   July 17, 2018

2. Christopher Parris Cabral
   v. Commonwealth of Virginia
   Record No. 1186-17-1
   Opinion rendered by Judge Malveaux on
   July 17, 2018

3. Franklin Lee Thomason, Jr.
   v. Commonwealth of Virginia
   Record No. 1290-17-3
   Opinion rendered by Judge Humphreys on
   July 17, 2018

4. Michael Sean Green
   v. Commonwealth of Virginia
   Record No. 1338-17-4
   Opinion rendered by Judge Petty on
   July 17, 2018

5. Jeffrey Nigel Carr
   v. Commonwealth of Virginia
   Record No. 1054-17-1
   Opinion rendered by Judge O'Brien on
   July 24, 2018

6. Joseph John Melick
   v. Commonwealth of Virginia
   Record No. 1564-17-1
   Opinion rendered by Judge Russell on
   July 31, 2018

7. Eric Hamilton
   v. Commonwealth of Virginia
   Record No. 0814-17-2
   Opinion rendered by Judge Beales on
   August 7, 2018

8. Lee Alden Mooney
   v. Commonwealth of Virginia
   Record No. 1055-17-2
   Opinion rendered by Judge AtLee on
   August 7, 2018

9. Andy Chavez
   v. Commonwealth of Virginia
   Record No. 1189-17-4
   Opinion rendered by Judge Malveaux on
   August 14, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Braulio M. Castillo
    v. Loudoun County Department of Family Services
    Record No. 1499-17-4
    Opinion rendered by Chief Judge Huff
      on April 3, 2018
    Dismissed pursuant to Code § 17.1-410(A)(3) and (B) (180725)

2.  Debra Levy
    v. Wegman's Food Markets, Inc.
    Record No. 1634-17-4
    Opinion rendered by Judge Humphreys
      on April 3, 2018
    Dismissed pursuant to Code § 17.1-410(A)(2) and (B) (180582)